UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIVES INVESTMENTS, LLC,<br><br>                           Plaintiff,<br><br>v.<br><br>NANOLEAF CANADA LIMITED, a<br>Canadian company,<br><br>                           Defendant. | Case No.:  23-cv-2045-DMS<br><br>**NOTICE AND ORDER SETTING EARLY NEUTRAL EVALUATION CONFERENCE IN A PATENT CASE; RULE 26 COMPLIANCE; AND CASE MANAGEMENT CONFERENCE** |

        IT IS ORDERED that an Early Neutral Evaluation ("ENE") of your case will be held on **March 21, 2024** at **2:00 p.m.** in the Chambers of Magistrate Judge Karen S. Crawford, United States District Court, 333 West Broadway, Suite 1010, San Diego, California 92101.  In the event the case does not settle at the ENE Conference, a Case Management Conference ("CMC") pursuant to Fed. R. Civ. P. 16(b) will be held immediately following the conclusion of the ENE Conference.

/ / /

/ / /

/ / /

1

The following are **mandatory** guidelines for the parties preparing for the ENE and CMC. ***Absent express permission obtained from this Court, and notwithstanding the pendency of any motion, <u>counsel shall timely comply</u> with the dates and deadlines herein.***

1.    **<u>Review of Chambers Rules:</u>** Counsel[1] shall refer to the Chambers Rules of undersigned Magistrate Judge, the Chambers Rules of the assigned District Judge, and the Patent Local Rules, which are all accessible via the Court's website at www.casd.uscourts.gov.

2.    **<u>Purpose of the ENE Conference:</u>** The purpose of the ENE Conference is to permit an informal discussion between the attorneys, parties, and the Magistrate Judge of every aspect of the lawsuit in an effort to achieve an early resolution of the case. All ENE Conference discussions will be informal, off the record, privileged and confidential. Counsel for any non-English speaking party is responsible for arranging for the appearance of an interpreter at the conference.

3.    **<u>Personal Appearance of Parties Is Required:</u>** Pursuant to Local Rule 16.1(c), all parties (including those indemnified by others), claims adjusters for insured defendants, the principal attorney(s) responsible for the litigation, and non-lawyer representatives with full and unlimited authority to negotiate and enter into a binding settlement must be present and legally and factually prepared to discuss and resolve the case at the ENE Conference. If each of the principal attorneys responsible for the litigation is not listed on the docket as an *"ATTORNEY TO BE NOTICED,"* they each shall enter their appearance on the docket as soon as practicable and prior to the ENE Conference.

---

[1] As used herein, references to "counsel" or "attorney(s)" include any party representing himself or herself.

19cv2279-CAB(KSC)

Unless there are *exceptional circumstances*, persons required to attend the ENE Conference pursuant to this Order shall not be excused from personal attendance. Counsel should refer to the undersigned's Chambers Rules for the Court's requirements for making a request to excuse a required person's attendance for *exceptional circumstances*. Any such request shall be made at least **ten (10) calendar days** prior to the ENE Conference. Failure to appear at the ENE Conference will be grounds for sanctions.

*Counsel appearing without their clients (whether or not counsel has been given settlement authority) will be cause for immediate imposition of sanctions and will also result in the immediate termination of the conference.*

4. **Full Settlement Authority Is Required:** In addition to attendance by the principal attorney(s), a party or party representative with full and complete settlement authority must be present for the ENE Conference.[2] In the case of a corporate entity, an authorized representative of the corporation who is not retained outside counsel must be present and must have discretionary authority to commit the company to pay an amount up to the amount of the plaintiff's prayer (excluding punitive damage prayers). The purpose of this requirement is to have representatives present who can settle the case during the course of the conference without consulting a superior.

5. **Confidential ENE Statements Required:** No later than seven (7) days before the ENE, the parties shall submit confidential statements of five pages or less directly to the chambers of Magistrate Judge Crawford. All confidential ENE statements

---

[2] Full authority to settle means that the individuals at the ENE Conference are authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-486 (D. Ariz. 2003). One of the purposes of requiring a person with unlimited settlement authority to attend the conference is that the person's view of the case may be altered during the face-to-face conference. *Pitman*, 216 F.R.D. at 486. Limited or sum certain authority is not adequate. *Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 595-597 (8th Cir. 2001).

19cv2279-CAB(KSC)

must include (1) a brief description of the case and the claims asserted; (2) the party's position on liability and damages with controlling legal authority; (3) a specific and current demand for settlement addressing all relief or remedies sought, as well as the specific basis for each type of relief (if a specific demand for settlement cannot be made at the time the settlement statement is submitted, state the reasons why and explain when the party will be in a position to state a settlement demand); and, (4) a brief description of any previous settlement negotiations or mediation efforts. A general statement that a party will "negotiate in good faith," "offer a nominal cash sum," or "be prepared to make an offer at the conference" is not a specific demand or offer.  The statement shall also list all attorney and non-attorney conference attendees for that side, including the name(s) and title(s)/position(s) of the party/party representative(s) who will attend and have settlement authority at the conference.

**These statements shall not be filed or served on opposing counsel.**  They can be lodged via email at efile_crawford@casd.uscourts.gov.  If the total submission amounts to more than 20 pages including exhibits, a hard copy must be delivered directly to chambers.

6.    **Cases Involving a Demand for Attorney Fees:** If a demand is made that includes attorney's fees and/or costs, counsel for the demanding party shall bring redacted billing records for opposing counsel's review, as well as an unredacted copy for the Court's *in camera* review.

7.    **Case Management:**  In the event the case does not settle at the ENE Conference, the Court will immediately proceed with the CMC. The parties are, therefore, ordered to comply with Chambers Rules and Fed. R. Civ. P. 26 and proceed with the initial disclosure process in advance of the CMC as follows:

   a.  As required by Patent Local Rule 2.1, the Rule 26(f) conference shall be completed on or before **February 29, 2024.**  Thereafter, counsel for plaintiff shall promptly prepare an initial draft of the parties' Joint Discovery Plan and provide the same to opposing counsel for

comment and contribution.  The Joint Discovery Plan must be one document and must explicitly address all topics identified in the Chambers Rules of the undersigned Magistrate Judge; Fed. R. Civ. P. 26(f)(3); and Patent Local Rule 2.1(b). The parties should also consult the assigned District Judge's Civil Chambers Rules in drafting their Joint Discovery Plan.

b.  The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before **March 14, 2024**;

c.  The Joint Discovery Plan shall be filed on the CM/ECF system and lodged by email to efile_crawford@casd.uscourts.gov, on or before **March 14, 2024**. A courtesy paper copy of the Joint Discovery Plan shall be delivered to Judge Crawford's Chambers if it exceeds 20 pages.

8.  **Requests to Continue an ENE Conference:**  Patent Local Rule 2.1(a) requires that an ENE Conference take place within 60 days of a defendant making a first appearance in the case.  Any request to continue an ENE Conference shall be made by Joint Motion, even if the parties are not in agreement, no less than ***seven (7) calendar days*** before the affected date. The request shall state:

a.  The original deadline or date;

b.  The number of previous requests for continuance;

c.  A showing of good cause for the request;

d.  Whether the request is opposed and why; and,

e.  Whether the requested continuance will affect other case management dates.

9.  **Settlement Prior to ENE Conference:** The Court encourages the parties to work on settling the matter in advance of the ENE Conference.  If the parties resolve the matter prior to the day of the ENE Conference, counsel must promptly file a Joint Motion for Dismissal or a Notice of Settlement ***and*** call chambers to advise of the settlement.

10. **New Parties Must Be Notified by Plaintiff's Counsel:** Plaintiff's counsel shall give notice of the ENE and CMC and provide a copy of this Order to parties responding to the complaint after the date of this notice.

Questions regarding this case or the mandatory guidelines set forth herein may be directed to the Magistrate Judge's law clerks at (619) 446-3964.

A Notice of Right to Consent to Trial Before a United States Magistrate Judge is attached for your information.

Dated:  February 9, 2024

Hon. Karen S. Crawford
United States Magistrate Judge

19cv2279-CAB(KSC)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISIONS OF 28 U.S.C. § 636(c), YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.  COUNSEL FOR THE PLAINTIFF SHALL BE RESPONSIBLE FOR OBTAINING THE CONSENT OF ALL PARTIES, SHOULD THEY DESIRE TO CONSENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT TO CONSENT IS ENTIRELY VOLUNTARY.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

19cv2279-CAB(KSC)