# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIVES INVESTMENTS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>NANOLEAF CANADA LIMITED, a Canadian company; and DOES 1–10,<br><br>                    Defendants. | Case No.: 23-cv-2045-DMS-KSC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL** |

Pending before the Court is Plaintiff's motion to substitute counsel. (ECF No. 25.) The Court finds that the motion complies with the requirements of Civil Local Rule 83.3(f)(2) and **GRANTS** the motion. **Joseph A. Mandour**, **Gordon E. Gray** and **Ben T. Lila** of **Mandour & Associates, APC** shall appear as Plaintiff's counsel of record in place of David R. Flyer and Raquel Flyer. The Clerk is directed to update the docket to reflect the termination of David R. Flyer and Raquel Flyer as Plaintiff's counsel of record.

**IT IS SO ORDERED.**

Dated: April 11, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court